KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7183
   FAX: (415) 436-7234
   derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-05-70927 |
|    Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
|    v. ) | |
| ALBERTO MEDEL VELAZQUEZ, ) | |
|    Defendant. ) | SAN FRANCISCO VENUE |

     The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Alberto Medel Velazquez, be continued from Wednesday, November 30, 2005, at 9:30 a.m., to Wednesday, December 7, 2005, at 9:30 a.m.  The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from November 30, 2005, to and including December 7, 2005. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant also

//

//

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
3 -05-70927

1  agrees to toll and to waive for this period of time any time limits applicable under Title 18,
2  United States Code, Section 3161.

4  **IT IS SO STIPULATED**.

5  DATED: November 29, 2005                    Respectfully submitted,

6                                              KEVIN V. RYAN
                                               United States Attorney

8                                              By____/s/_____
                                               DEREK R. OWENS
9                                              Special Assistant U.S. Attorney

11 DATED: November 29, 2005                    _____/s/_____
                                               MARC J. ZILVERSMIT
12                                             Attorney for Defendant Velazquez

13 **IT IS SO ORDERED.**

14 DATED: November 30, 2005                    _____
                                               EDWARD M. CHEN
15                                             United States Magistrate Judge

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
3 -05-70927