MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Defendant
ALBERTO MEDEL VELAZQUEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-0767 JCS |
| Plaintiff, | No. ~~3-05-70927 EMC~~ |
| vs. | **MOTION TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER** |
| ALBERTO MEDEL VELAZQUEZ | |
| Defendant. | |

The parties hereby move this Court to continue the sentencing hearing date currently set for April 21, 2006 before the Hon. Magistrate Judge Joseph C. Spero, because defense counsel is engaged in trial in <u>People v. Murray</u>, Marin Superior Court No. CR 137026; the parties jointly request that the matter be set for May 5, 2006 at 10:30 am, or other convenient date set by this Court for the hearing.

Dated: April 19, 2006

Respectfully stipulated and submitted,

_____
MARC J. ZILVERSMIT,
Attorney for Defendant,
ALBERTO MEDEL VELAZQUEZ

_____
DEREK OWENS
Assistant United States Attorney

IT IS SO ORDERED:

_____
THE HONORABLE JOSEPH C. SPERO
Magistrate Judge of the United States District Court

Motion and [~~Proposed~~] Order to Continue        i